UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21948-CV-HOEVELER

MARK BROUDO, M.D., P.A,

      Plaintiff,

v.

AETNA HEALTH INSURANCE COMPANY,

      Defendant .

_____/

## ORDER DIRECTING A RESPONSE

Before the Court is Aetna Health Insurance Company's Motion to Dismiss, filed on

July 10, 2008. The Plaintiff's memorandum in opposition to the motion, due July 28, 2008,

has not been submitted. The Plaintiff is given seven days from the date of this Order to

respond to the motion. Failure to do so may be deemed sufficient cause for granting the

motion by default, pursuant to Local Rule 7.1.

DONE AND ORDERED in chambers in Miami this 4th day of September, 2008.

                                    _____
                                      WILLIAM M. HOEVELER
                                      SENOR UNITED STATES DISTRICT JUDGE

copies to counsel of record