UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21948-CV-HOEVELER

MARK BROUDO, M.D., P.A,, a Florida
Corporation and as assignee of
ALICIA MARTINEZ

   Plaintiff,

v.

AETNA HEALTH INSURANCE COMPANY,

   Defendant .
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is Aetna Health Insurance Company's Motion to Dismiss, filed on July 10, 2008. The plaintiff sued Aetna in state court on June 11, 2008, seeking reimbursement for the cost of unpaid healthcare services that the plaintiff says it provided to Alicia Martinez, an Aetna subscriber. Aetna removed the case to federal court on July 9, 2008, and later filed this motion to dismiss, arguing that dismissal is warranted because: (1) the plaintiff is seeking relief from a non-entity, (2) the plaintiff's claims are subject to mandatory arbitration and are preempted by the Employee Retirement Income Security Act of 1974, and (3) the plaintiff failed to exhaust administrative remedies.

The plaintiff's response to the motion was due on July 28, 2008. On September 4, 2008, the Court, noting that the plaintiff had not filed an opposition, entered an order directing the plaintiff to respond within five days. To date, the plaintiff has not submit any

opposition to the plaintiff's motion. Accordingly, the motion is deemed to be unopposed, and the motion is GRANTED as unopposed, and this case is DISMISSED without prejudice.

DONE AND ORDERED in chambers in Miami this 16th day of September, 2008.

*[signature]*
WILLIAM M. HOEVELER
SENOR UNITED STATES DISTRICT JUDGE

copies to counsel of record